# EXHIBIT A

**CONSENT TO BECOME A PARTY-PLAINTIFF**

1. I consent to be a party plaintiff in a lawsuit against my current/former employer, General Dynamics Information Technologies and/or any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and any applicable state law.

2. I designate Shulman Kessler LLP and Shavitz Law Group, P.A., to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action to assert my claims against General Dynamics Information Technologies and/or any related entities potentially liable.

Date: 3/29/2018

Signature

Devina Mills

Print Name

**CONSENT TO BECOME A PARTY-PLAINTIFF**

1. I consent to be a party plaintiff in a lawsuit against my current/former employer, General Dynamics Information Technologies and/or any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and any applicable state law.

2. I designate the named Plaintiffs and Plaintiffs' counsel, Shulman Kessler LLP and Shavitz Law Group, P.A., to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action to assert my claims against General Dynamics Information Technologies and/or any related entities potentially liable.

Date: 3/16/2018

Signature: *[DocuSigned by: BEA0CA6E1F504FE...]*

Print Name: Jocelyn Cayard

**CONSENT TO BECOME A PARTY-PLAINTIFF**

1. I consent to be a party plaintiff in a lawsuit against my current/former employer, General Dynamics Information Technologies and/or any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and any applicable state law.

2. I designate the named Plaintiffs and Plaintiffs' counsel, Shulman Kessler LLP and Shavitz Law Group, P.A., to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action to assert my claims against General Dynamics Information Technologies and/or any related entities potentially liable.

Date: 3/23/2018

Signature: *[DocuSigned by: C96A4CA00E9A48B...]*

Print Name: James Finnemore

**CONSENT TO BECOME A PARTY-PLAINTIFF**

1. I consent to be a party plaintiff in a lawsuit against my current/former employer, General Dynamics Information Technologies and/or any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and any applicable state law.

2. I designate the named Plaintiffs and Plaintiffs' counsel, Shulman Kessler LLP and Shavitz Law Group, P.A., to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action to assert my claims against General Dynamics Information Technologies and/or any related entities potentially liable.

Date: 3/22/2018

Signature

Kathleen Flick

Print Name

**CONSENT TO BECOME A PARTY-PLAINTIFF**

1. I consent to be a party plaintiff in a lawsuit against my current/former employer, General Dynamics Information Technologies and/or any related entities, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and any applicable state law.

2. I designate Shulman Kessler LLP and Shavitz Law Group, P.A., to represent me and make decisions on my behalf concerning the litigation, including any settlement. I agree to be bound by any adjudication, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action to assert my claims against General Dynamics Information Technologies and/or any related entities potentially liable.

Date: 3/15/2018

Signature: [DocuSigned by: CD5B54F6812B4BE...]

Print Name: Steven Skinner