# Timekeeping 102

## 1. Timekeeping 102

### Title



### Welcome



---

## *Recap*



## *Recap 2*



Published by Articulate® Storyline www.articulate.com

*The Importance of Accurate Timekeeping*



**Why is it important 2 (Slide Layer)**



## Policies (Slide Layer)



## *How Do You Accurately Report Your Time?*



**Accurately report time - Example (Slide Layer)**



## *How Do You Accurately Report Your Time?*



---

Published by Articulate® Storyline www.articulate.com

## *When Do You Start Recording Time Worked?*



## Example 1 (Slide Layer)



## Example 1 answer (Slide Layer)



## Example 2 (Slide Layer)



**Example 2 answer (Slide Layer)**



*When Do You Stop Recording Time Worked?*



## Stop recording time - Example (Slide Layer)



## *Working Your Scheduled Shift and Extra Hours*



## *GDIT's General Time Recording*



## *Revising Timecards*



## Revising timesheets - 2 (Slide Layer)



## Revising timesheets - 3 (Slide Layer)



## *Revising Timecards*



## *Wrap up*



## *Acknowledgement complete*



## *Thank you*



Published by Articulate® Storyline www.articulate.com