**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DEVINA MILLS, individually and on behalf of
all others similarly situated,**

        Plaintiff,        Case No. 8:18-cv-00855-CEH-TGW

   v.

**GENERAL DYNAMICS INFORMATION
TECHNOLOGY, INC.,**

        **Defendant.**
_____/

## NOTICE OF FILING

Defendant, General Dynamics Information Technology, Inc. ("GDIT"), files the attached exhibits in support of Defendant's Opposition to Plaintiff's Motion to Conditionally Certify an FLSA Collective Action and Authorized Notice to Putative Opt-In Plaintiffs.

**Exhibit 14:** Declarations of Customer Service Representatives Employed at General Dynamics, Inc.'s Call Center in Phoenix, Arizona:

| | |
|---|---|
| 231 | Declaration of Leslie Andrade |
| 232 | Declaration of Pilar Artiaga |
| 233 | Declaration of Randall Baker |
| 234 | Declaration of Karen Becker |
| 235 | Declaration of Brandi Branum |
| 236 | Declaration of Brittany Canez |
| 237 | Declaration of Elizabeth Cardenas |
| 238 | Declaration of Ana Laura Carreon Carranza |

| | |
|---|---|
| 239 | Declaration of Sarahi Cruz |
| 240 | Declaration of Angelica Delgadillo |
| 241 | Declaration of Craig Demouey |
| 242 | Declaration of Elizabeth Doss |
| 243 | Declaration of April Fennell |
| 244 | Declaration of Mayra Fernandez |
| 245 | Declaration of Maria Figueroa |
| 246 | Declaration of Fernanda Frias-Flores |
| 247 | Declaration of Yvonne Fuentes |
| 248 | Declaration of Faith Granado |
| 249 | Declaration of Kevin Gray |
| 250 | Declaration of Steven Hicks |
| 251 | Declaration of Yarenni Huicochea |
| 252 | Declaration of Blanca Islas |
| 253 | Declaration of William Laven |
| 254 | Declaration of Gladys Leon |
| 255 | Declaration of Joanna Mata |
| 256 | Declaration of Sandra McFadden |
| 257 | Declaration of Melvin Miller |
| 258 | Declaration of Cynthia Ozornio |
| 259 | Declaration of Tania Pinon |
| 260 | Declaration of Jennifer Quintanilla |

| 261 | Declaration of Ines Quintero |
| --- | --- |
| 262 | Declaration of Maria Reyes |
| 263 | Declaration of Ana Rios |
| 264 | Declaration of David Rodriguez |
| 265 | Declaration of Alejandro Salgado |
| 266 | Declaration of Miya Santiago |
| 267 | Declaration of Zafiro Soriano |
| 268 | Declaration of Yvonne Tolle |
| 269 | Declaration of Darlyn Valenzuela |
| 270 | Declaration of Imelda Ronces Vega |
| 271 | Declaration of Cathy Villalobos |
| 272 | Declaration of Ashlyn Williams |
| 273 | Declaration of Blanca Zamora |

**Exhibit 15:**   Declarations of Customer Service Representatives Employed at General Dynamics, Inc.'s Call Center in Riverview, Florida:

| 274 | Declaration of Jessica Lopez Altamirano |
| --- | --- |
| 275 | Declaration of David Alvarado |
| 276 | Declaration of Mark R. Ashe |
| 277 | Declaration of Mark A. Baer |
| 278 | Declaration of Laura Beltran |
| 279 | Declaration of Yolanda Bennefield |

| 280 | Declaration of Yasel Bourzac |
| --- | --- |
| 281 | Declaration of Trelecia Carpenter |
| 282 | Declaration of Estelle Charlesetta |
| 283 | Declaration of Andre Cintron |
| 284 | Declaration of Mary L. Crosby |
| 285 | Declaration of Kamila Cruz |
| 286 | Declaration of Jane S. Davison |
| 287 | Declaration of Dayron Diaz |
| 288 | Declaration of Ana Diaz-Torres |
| 289 | Declaration of Kamelah Douglas |
| 290 | Declaration of Yezid Gonzalez |
| 291 | Declaration of Martin Gonzalez |
| 292 | Declaration of NRHONY Fuwee |
| 293 | Declaration of Eunice Guzman |
| 294 | Declaration of Edwina Hampton |
| 295 | Declaration of Willy Heredia-Peralta |
| 296 | Declaration of Jeni Ingles |
| 297 | Declaration of Angela Jimenez |
| 298 | Declaration of Amber Johnson |
| 299 | Declaration of Derricka Johnson |
| 300 | Declaration of Jeff Lambrix |
| 301 | Declaration of Sandra Lise |
| 302 | Declaration of Taishia Melendez |

| 303 | Declaration of Rosangely Minaya |
|---|---|
| 304 | Declaration of Jaileen Miranda |
| 305 | Declaration of Dairon Nunez |
| 306 | Declaration of Mariam Olivo Luciano |
| 307 | Declaration of Donna Phillips |
| 308 | Declaration of RV Ramirez |
| 309 | Declaration of Calixta Rodriguez |
| 310 | Declaration of Ruth Rodriguez |
| 311 | Declaration of Limary Santiago |
| 312 | Declaration of Derrick Scott |
| 313 | Declaration of Velma Taylor |
| 314 | Declaration of Michelle Terrell |
| 315 | Declaration of Kelly Thorpe |
| 316 | Declaration of Demetria Troupe |
| 317 | Declaration of Gladys E. Vargas |
| 318 | Declaration of Kassandra Velez |
| 319 | Declaration of Anthony J. Vena |
| 320 | Declaration of Jason Weaver |
| 321 | Declaration of Elizabeth Wozniak |
| 322 | Declaration of Selena Zamudio |

**Exhibit 16:**   Declarations of Customer Service Representatives Employed at General Dynamics, Inc.'s Call Center in Sandy, Utah:

| 323 | Declaration of Leonor Amundsen |
|---|---|
| 324 | Declaration of Amber Andrews |
| 325 | Declaration of Brenda Ard |
| 326 | Declaration of Celia Avelar |
| 327 | Declaration of Elaine Banner-Names |
| 328 | Declaration of Lena Benallie |
| 329 | Declaration of Ashley Buchanon |
| 330 | Declaration of Mayra Capella |
| 331 | Declaration of Karen Daley |
| 332 | Declaration of Federico Delva Vindel |
| 333 | Declaration of Donna Donivan |
| 334 | Declaration of Daniel Dykeman |
| 335 | Declaration of Sonia Esquivel |
| 336 | Declaration of Tina Fontecchio |
| 337 | Declaration of Gage Hamilton |
| 338 | Declaration of John Hamilton |
| 339 | Declaration of Sharon Hubbard |
| 340 | Declaration of Mary Kelsey |
| 341 | Declaration of Christina Kizer |
| 342 | Declaration of Gordon Larson |
| 343 | Declaration of Jessica Leishman |

| | |
|---|---|
| 344 | Declaration of Stephanie Leon |
| 345 | Declaration of Adriana Lopez |
| 346 | Declaration of Lori Lund |
| 347 | Declaration of Tesfallem Mehari |
| 348 | Declaration of Karen Gary Melikyan |
| 349 | Declaration of Eli Miner |
| 350 | Declaration of Phuong (Monica) Nguyen |
| 351 | Declaration of Zachary Noble |
| 352 | Declaration of Jeremy Ogletree |
| 353 | Declaration of Carla Ortiz |
| 354 | Declaration of Jane Otis |
| 355 | Declaration of Gary Owen |
| 356 | Declaration of Naomi Pacheco |
| 357 | Declaration of Ona Paulsen |
| 358 | Declaration of Brian Peterson |
| 359 | Declaration of Lisa Quist |
| 360 | Declaration of Heather Rubert |
| 361 | Declaration of Zane Smith |
| 362 | Declaration of Willis Tahe |
| 363 | Declaration of Stoneham Wall |
| 364 | Declaration of Brian Weight |
| 365 | Declaration of Colin Whitlock |
| 366 | Declaration of David Wilber |

| | |
|---|---|
| 367 | Declaration of Debra Young |

**Exhibit 17:**  Declarations of Customer Service Representatives Employed at General Dynamics, Inc.'s Call Center in Winchester, Kentucky:

| | |
|---|---|
| 368 | Declaration of Deborah J. Alexander |
| 369 | Declaration of Whitney Banks |
| 370 | Declaration of Amy Barnes |
| 371 | Declaration of Perry Barnett |
| 372 | Declaration of Steven Bennett |
| 373 | Declaration of Dustin Brewer |
| 374 | Declaration of Marshall Burge |
| 375 | Declaration of Kimberly Burke |
| 376 | Declaration of Wanita Curry |
| 377 | Declaration of Kaitlyn Damron |
| 378 | Declaration of Sada Davis |
| 379 | Declaration of Rebecca Flinchum |
| 380 | Declaration of Jamie Flynn |
| 381 | Declaration of Laura French |
| 382 | Declaration of Sandra Hall |
| 383 | Declaration of Malaya Harries |
| 384 | Declaration of Fontana Hobbs |
| 385 | Declaration of Brandy Johnson |
| 386 | Declaration of Dana Jones |
| 387 | Declaration of Melissa Kilgore |

| | |
|---|---|
| 388 | Declaration of Jerree King |
| 389 | Declaration of William King |
| 390 | Declaration of Sharon Knell |
| 391 | Declaration of Johnie Leadingham |
| 392 | Declaration of Paul Mateyoke |
| 393 | Declaration of Kendra McKinney |
| 394 | Declaration of Marsha Moore |
| 395 | Declaration of Bonnie Parks |
| 396 | Declaration of Vernon Prater |
| 397 | Declaration of Whitley Purvis |
| 398 | Declaration of Hannah Raney |
| 399 | Declaration of Makena Rose |
| 400 | Declaration of Kenneth Ross |
| 401 | Declaration of Thomas Rushing |
| 402 | Declaration of Linda Scalzo |
| 403 | Declaration of Stacie Scott-Smith |
| 404 | Declaration of Michael Donovan Solomon |
| 405 | Declaration of Rhiannon Spencer |
| 406 | Declaration of Melissa Stamper |
| 407 | Declaration of Michael Tiravanti |
| 408 | Declaration of Matthew Watts |
| 409 | Declaration of Carma Welch |
| 410 | Declaration of Anthony White |

| 411 | Declaration of Betty Wilson |
|---|---|
| 412 | Declaration of Bradley Winkleman |
| 413 | Declaration of Shannon Worley |
| 414 | Declaration of Shawntee Wortham |

**Exhibit 18:**  Declarations of Customer Service Representatives Employed at General Dynamics, Inc.'s Call Center in Lynn Haven, Florida:

| 415 | Declaration of Maria Andrews |
|---|---|
| 416 | Declaration of Robert Bone |
| 417 | Declaration of Lisha Brannon |
| 418 | Declaration of Lindsey Brown |
| 419 | Declaration of Corie Clark |
| 420 | Declaration of David DeShong |
| 421 | Declaration of Johnny Elliott |
| 422 | Declaration of Lindsay Gibson |
| 423 | Declaration of Gregory Glove |
| 424 | Declaration of Troy Green |
| 425 | Declaration of Angel Hall |
| 426 | Declaration of Amy Halley |
| 427 | Declaration of Nancy Morales |
| 428 | Declaration of Jeryl Naquin |
| 429 | Declaration of Stardasha Netters |
| 430 | Declaration of Jousiana Rivera |

| 431 | Declaration of Kasey Story |
| --- | --- |
| 432 | Declaration of Chavorez Williams |

Dated: August 31, 2018

                                        Respectfully submitted,

/s/*Gergory W. Kehoe*
Gregory W. Kehoe, Esq.
Florida Bar No. 0486140
Email: kehoeg@gtlaw.com
Catherine H. Molloy, Esq.
Florida Bar No. 0033500
Email: molloyk@gtlaw.com
Tristan J. Reiniers
Florida Bar No. 0119358
Email: reinierst@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard, Suite 1900
Tampa, FL  33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile

and

Christine E. Howard, Esq.
Florida Bar No. 872229
Email:  choward@laborlawyers.com
FISHER PHILLIPS LLP
101 E. Kennedy Blvd., Suite 2350
Tampa, FL 33602
(813) 769-7500 – Telephone
(813) 769-7501 – Facsimile

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2018, I served a true copy of the foregoing document by electronic mail on all counsel of record or pro se parties identified on the below Service List.

Gregg I. Shavitz
gshavitz@shavitzlaw.com
Logan A. Pardell
lpardell@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432

Michael J. Palitz
mpalitz@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, New York 10022

Troy Kessler
tkessler@shulmankessler.com
Garrett Kaske
gkaske@shulmankessler.com
Tana Forrester
toforrester@shulmankessler.com
SHULMAN KESSLER LLP
534 Broadhollow Road, Suite 275
Melville, New York 11747

                                                          /s/*Gregory W. Kehoe*
                                                                  Attorney